UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

Case Number 2:10-cv-14689
Hon. Robert H. Cleland

-v-

ERROL DURHAM

                Defendant

and

THE MICHIGAN CITIZEN

                Garnishee

_____

### ORDER RESOLVING DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT

This litigation having been initiated by Plaintiff on or about 11/24/2010; and a default judgment having been entered against Defendant on or about 12/30/2010; and said judgment having a balance of $1,765.11 (as of 11/12/2012); and a Writ of Continuing Garnishment directed to Garnishee, The Michigan Citizen, having been duly issued and served upon said Garnishee; and Garnishee having filed an Answer, stating that at the time of the service of the Writ, Defendant was not an employee; and a hearing having been scheduled for 11/14/2012 upon the request of the Defendant; and the parties having subsequently reached a resolution of the matter, and having filed a stipulation setting forth that resolution; now therefore:

**IT IS HEREBY ORDERED** that Defendant's objections to the Writ of Garnishment are denied as moot;

**IT IS FURTHER ORDERED** that commencing 12/30/2012, and continuing on the 30th day of each month thereafter, Defendant shall pay to Plaintiff the sum of $65.00 per month.  Defendant shall mail all said payments to the U.S. Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO  63179-0363.

**IT IS FURTHER ORDERED** that Defendant shall continue making said payments until such time as the Judgment is satisfied in full, or until further order of this Court

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522